**Motion Granted in Part and Denied in Part; Order filed February 21, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00043-CV
_____

**PAREX RESOURCES, INC. AND RAMSHORN INTERNATIONAL LIMITED, Appellants**

**V.**

**ERG RESOURCES, LLC, Appellee**

_____

NO. 14-13-00073-CV
_____

**ERG RESOURCES, LLC, Appellant**

**V.**

**PAREX RESOURCES (BERMUDA), LTD, Appellee**

On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2012-16446

## ORDER

On February 8, 2013, ERG Resources filed a motion for consolidation of related cases and entry of a briefing schedule and for extension of word limits. The motion is granted in part. Cause number 14-13-00043-CV, styled *Parex Resources, Inc. and Ramshorn International Limited v. ERG Resources, LLC* and cause number 14-13-00073-CV, styled *ERG Resources, LLC v. Parex Resources (Bermuda), Ltd.* will be treated as companion cases for purposes of filing the record.

The parties may file one record, which will be entered in both cases. Upon filing of the record each case will proceed independently for purposes of briefing. When the briefs are filed and the cases are at issue, they will be submitted together as companion cases.

PER CURIAM